UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    CRAIG ATKINS,<br><br>           Debtor. | Chapter 13<br><br>Bky. No. 14-14696 ELF |
| CRAIG ATKINS,<br><br>           Plaintiff,<br><br>v.<br><br>GELT PROPERTIES, LLC, et al.,<br><br>           Defendants. | Adv. No. 14-0330 ELF |

# O R D E R

**AND NOW**, upon consideration of Defendant Gelt Properties, LLC's Motion to Dismiss Debtor's Amended Complaint, or in the Alternative for Summary Judgment ("the Motion") (Doc. # 17) and the Debtor's Answer in response thereto, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. **Count I** of the Amended Complaint is **DISMISSED WITH PREJUDICE,** except that the dismissal is without prejudice to the Debtor right to seek a determination of the amount of National Penn Bank's claim in an appropriate contested matter.

3. **Counts II and III** of the Amended Complaint are **DISMISSED WITH PREJUDICE**.

Date:  February 27, 2015

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE